# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 15, 2014

## NO. 03-13-00460-CR

**Alexander Dolen Davis, Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM THE 424TH DISTRICT COURT OF BURNET COUNTY
### BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
### AFFIRMED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment revoking community supervision entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment revoking community supervision. Therefore, the Court affirms the trial court's judgment revoking community supervision. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.